UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINI BOONE,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>    Defendants. | CASE NO. C04-604L<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION, CONTINUANCE, AND NEW TRIAL |

This matter comes before the Court on *pro se* plaintiff's "Motion/Response to Order Granting Motion for Summary Judgment Request for New Trial and Reconsideration" (Dkt. # 85). In her motion, plaintiff requests that the Court grant a continuance, order a new trial, and reconsider its May 9, 2005 order in which it dismissed, on summary judgment, the DSHS Defendants.[1] Plaintiff asserts that she has recently obtained counsel and would like to have the opportunity "to proceed with competent legal representation . . . in order that the proceedings be fair and impartial and ultimately justice served." Dkt. # 85, the Motion, at p. 2. Plaintiff asserts that the court will be contacted by Ms. Boone's counsel and that "all further actions will be handled in and through her counsel." Id.

Motions for reconsideration are disfavored. See Local Rule CR 7(h)(1). The Court will

---

[1] The DSHS defendants are the State of Washington, Washington Department of Social and Health Services, Faye Anderson, Gary Mader, Sandra L. Surface, and Richard Stapp.

ORDER DENYING PLAINTIFF'S MOTION
FOR RECONSIDERATION,
CONTINUANCE, AND NEW TRIAL

1  ordinarily deny such motions in the absence of manifest error in the prior ruling or a showing of
2  new facts or legal authority which could not have been brought to the Court's attention earlier
3  with reasonable diligence.  See id.  Plaintiff has not identified any manifest error, new facts, or
4  new legal authority that would warrant reconsideration..
5       Plaintiff's requests for a new trial and a continuance are also denied.  Although she
6  claims she has obtained counsel, she continues to file her own pleadings and, in the three weeks
7  since she submitted this motion, no attorney has filed a notice of appearance on her behalf.
8       Under the circumstances, plaintiff's "Motion/Response to Order Granting Motion for
9  Summary Judgment Request for New Trial and Reconsideration" (Dkt. # 85) is DENIED.
10
11       DATED this 15th day of June, 2005.
12
13
14                                             Robert S. Lasnik
15                                             United States District Judge
16
17
18
19
20
21
22
23
24
25
26

ORDER DENYING PLAINTIFF'S MOTION
FOR RECONSIDERATION,
CONTINUANCE, AND NEW TRIAL        -2-