UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOMINI BOONE,

    Plaintiff,

vs.

STATE OF WASHINGTON, *et al.*,

    Defendants.

CASE NO. C04-604L

ORDER DENYING PLAINTIFF'S MOTION TO INTERVENE OR, IN THE ALTERNATIVE, TO CONSOLIDATE

This matter comes before the Court on *pro se* plaintiff's "Motion to US District Court to Intervene, In the Alternative to Consolidate the State and City of Redmond Causes with This Instant Matter for Justice So Demands" (Dkt. # 78). Although it is unclear from her filing, it appears as if plaintiff seeks to have this Court either intervene in a state court custody action pending in King County, Washington or consolidate this action with the state court action. Under the circumstances, this Court does not have the authority to intervene in the state court action or to consolidate this action with the custody dispute. As a result, plaintiff's motion is DENIED.

DATED this 15th day of June, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION
TO INTERVENE OR, IN THE ALTERNATIVE
TO CONSOLIDATE