UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINI BOONE, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF WASHINGTON, *et al.*, <br><br> Defendants. | CASE NO. C04-604L <br><br> ORDER REGARDING ORDER TO SHOW CAUSE AND DISMISSING COMPLAINT |

On March 11, 2005, this Court granted plaintiff's motion to join Kokanee Elementary Principal Angela Kerr, the City of Bothell, and the City of Redmond as defendants in this action. (Dkt. # 68). On May 5, 2005, the City of Bothell, the City of Redmond, and Ms. Kerr were the only defendants remaining in this action. The Court issued an Order to Show Cause requiring Ms. Boone to submit by June 10, 2005 an amended complaint that asserted her claims against the three remaining defendants or to show cause why she failed to do so. (Dkt. # 82).

On June 14, 2005, Ms. Boone submitted a "Motion for Order Re: Leave to Amend Complaint to Conform with the Pleadings Pursuant to FRCP 15 and Because Justice So Demand." (Dkt. # 86). Attached to the motion were (1) a proposed amended complaint that had previously been rejected by this Court (see Dkt. #s 29 & 37), and (2) a handwritten complaint. Ms. Boone also filed a series of supporting documents (Dkt. # 87) along with her motion.

Ms. Boone's motion to amend her complaint must be denied. Ms. Boone's motion

1  reasserts the claims that have previously been dismissed by this Court.  What is more, Ms.
2  Boone's motion does not satisfy the Order to Show Cause.  In her lengthy attachments, Ms.
3  Boone makes no allegations against the City of Redmond or Ms. Kerr.  Although Ms. Boone
4  does allege some generalized complaints regarding the Bothell Police Department, this Court has
5  already held that these complaints are barred by the statute of limitations.  See Dkt. # 37 at p. 5.
6       Because Ms. Boone has failed to submit an amended complaint that states the facts giving
7  rise to her claims against the City of Redmond, the City of Bothell, or Ms. Kerr, the claims
8  against these three defendants are DISMISSED without prejudice.  Since these defendants were
9  the only remaining defendants in this action, Ms. Boone's complaint is also DISMISSED.

11       DATED this 17th day of June, 2005.

                                                                               Robert S. Lasnik
                                                                               United States District Judge